**LATHAM & WATKINS LLP**
Matthew Rawlinson (Bar No. 231890)
  *matt.rawlinson@lw.com*
140 Scott Drive
Menlo Park, California  94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

**LATHAM & WATKINS LLP**
Elizabeth Deeley (Bar No. 230798)
  *elizabeth.deeley@lw.com*
Grant E. Strother (Bar No. 284612)
  *grant.strother@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendants
NEVRO CORP., RAMI ELGHANDOUR
and ANDREW GALLIGAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEVRO CORP., RAMI ELGHANDOUR and ANDREW GALLIGAN,<br><br>Defendants | Case:  3:18-CV-05181-VC<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF FINAL JUDGMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants Nevro Corp., Rami Elghandour, and Andrew Galligan hereby respectfully request that this Court enter final judgment in this Action.

On August 1, 2019, this Court granted Defendants' Motion to Dismiss Lead Plaintiff's Amended Complaint, but allowed Lead Plaintiff leave to file a second amended complaint by August 22, 2019 (Dkt. No. 68). On August 15, 2019, Lead Plaintiff notified the Court that it does not intend to file a second amended complaint (Dkt. No. 70). Accordingly, Defendants respectfully request that the Court dismiss this Action with prejudice and enter a final judgment in their favor under Federal Rules of Civil Procedure 54. The parties have each agreed to bear their own costs and respectfully request that the Court find pursuant to 15 U.S.C. § 78u–4(c)(1) that the parties and their respective counsel complied at all times with the requirements of Federal Rule of Civil Procedure 11.

Dated: August 15, 2019

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Matthew Rawlinson
   Matthew Rawlinson

   Attorneys for Defendants
   NEVRO CORP., RAMI ELGHANDOUR
   and ANDREW GALLIGAN