UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>NEVRO CORPORATION, et al.,<br><br>Defendants. | Case No. 18-cv-05181-VC<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. Nos. 70, 71 |

WHEREAS, on August 1, 2019, this Court granted Defendants' Motion to Dismiss the Plaintiff's Amended Complaint, but allowed the Plaintiff leave to file a second amended complaint by August 22, 2019 (Dkt. No. 68); and

WHEREAS on August 15, 2019, the Plaintiff filed a Notice of Intention Not to File a Second Amended Complaint (Dkt. No. 70).

NOW, THEREFORE the Court hereby dismisses this action with prejudice. Each party shall bear its own costs, and the Court finds pursuant to 15 U.S.C. § 78u–4(c)(1) that at all times during the course of the litigation, the parties and their respective counsel complied with the requirements of Federal Rule of Civil Procedure 11.

**IT IS SO ORDERED.**

Dated: August 23, 2019

_____
VINCE CHHABRIA
United States District Judge