UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM,<br><br>   Plaintiff,<br><br>  v.<br><br>NEVRO CORPORATION, et al.,<br><br>   Defendants. | Case No. 18-cv-05181-VC<br><br>**JUDGMENT** |

  The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendants and against the plaintiff. The Clerk of Court is directed to close the case.

  **IT IS SO ORDERED.**

  Dated: August 23, 2019

_____
VINCE CHHABRIA
United States District Judge